**15TH JUDICIAL DISTRICT COURT
FOR THE PARISH OF LAFAYETTE
STATE OF LOUISIANA**

NO. C-2023-6856                                                                                          DIVISION "J"

**JAMES LANDRY**

v.

**LHC GROUP INC.**

FILED:_____        _____
                                                                                    **DEPUTY CLERK**

**NOTIFICATION OF REMOVAL**

TO:    Honorable Louis J. Perret
       Clerk of Court
       20th Judicial District Court
       for the Parish of Lafayette
       P. O. Box 2009
       Lafayette, Louisiana 70502

       James Landry
       Through his attorney of record:
       Gregory J. Miller
       MILLER, HAMPTON & HILGENDORF
       3960 Government Street
       Baton Rouge, Louisiana 70806

**PLEASE TAKE NOTICE** that defendant, LHC Group Inc., has removed this case to the United States District Court for the Western District of Louisiana. Attached hereto is a true and correct copy of the Notice of Removal.

Respectfully submitted this 19th day of January, 2024.

                                                                    */s/ Adrienne M. Wood*
                                                                    Andrew J. Baer (La. Bar #35638)
                                                                    Andrew.Baer@jacksonlewis.com
                                                                    Adrienne M. Wood (La. Bar # 38448)
                                                                    Adrienne.Wood@jacksonlewis.com
                                                                    **JACKSON LEWIS P.C.**
                                                                    601 Poydras Street, Suite 1400
                                                                    New Orleans, Louisiana 70130
                                                                    Telephone:    (504) 208-1755
                                                                    Facsimile:    (504) 208-1759

                                                                    **COUNSEL FOR DEFENDANT,
                                                                    LHC GROUP, INC.**

**EXHIBIT B**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January, 2024, I forwarded a copy of the foregoing to:

Gregory J. Miller
MILLER, HAMPTON & HILGENDORF
3960 Government Street
Baton Rouge, Louisiana 70806
gjm@mlhlaw.com

via electronic mail and U. S. Mail, postage prepaid.

*/s/ Adrienne M. Wood*
Adrienne M. Wood