Civil Records

**LOUIS J. PERRET**
**CLERK OF COURT, PARISH OF LAFAYETTE**
**P. O. BOX 2009**
**LAFAYETTE, LA 70502**
Telephone: (337) 291-6303   Fax: (337) 291-6392

| | |
|---|---|
| STATE OF LOUISIANA | OFFICE OF THE CLERK OF COURT |
| PARISH OF LAFAYETTE | 15TH JUDICIAL DISTRICT COURT |

I, Deborah A. Duplechin, Deputy Clerk of Court, in and for the Parish of Lafayette, State of Louisiana, do hereby certify that the attached documents are true and correct copies from the civil suit entitled:

**JAMES LANDRY**

**VS**                                                    DOCKET NUMBER: C-20236856 J

**LHC GROUP INC**

Consisting of 14 pages, the original of which documents are on file in the Lafayette Parish Clerk of Court Office.

Lafayette, Louisiana, this JANUARY 9, 2024.

_____
Deborah A. Duplechin, Deputy Clerk of Court
Lafayette Parish

**EXHIBIT A**

## Miller, Hampton & Hilgendorf

Attorneys at Law
3960 Government St.
Baton Rouge, LA 70806
PHONE: (225) 343-2205
FAX PHONE: (225) 343-2870

Lafayette Parish    C-20236856
Filed Dec 06, 2023 2:11 PM    J
Martina Reaux
Deputy Clerk of Court

# Fax

TO: 15th JDC Clerk          FROM: GREGORY MILLER

ATTN: _____       PAGES: 6

FAX: 337-291-6480           DATE: 12/06/23

RE: James Landry            CC: _____

☐ Urgent   ☒ For your review   ☐ Please comment   ☐ Reply ASAP

Notes:

Confidentiality Notice: This Facsimile transmission and the documents accompanying it may contain work product and/or privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the above via the United States Postal Service. Thank you.

Dec. 6. 2023  1:25PM   Received:2253432870   Dec 6 2023 01:37pm   P002
                        Miller Hampton Hilgendorf Atty   No. 1464   P. 2

# Miller, Hampton & Hilgendorf

### Attorneys at Law

Gregory J. Miller, Attorney  
Bernard Hampton, Attorney  
Amanda Hilgendorf, Attorney  
Jordan Davis, Paralegal

3960 Government St.  
Baton Rouge, LA 70806  
Telephone: (225) 343-2205  
Facsimile: (225) 343-2870

GJM@mlhlaw.com  
BH@mlhlaw.com  
Amanda@mlhlaw.com  
Paralegal@mlhlaw.com

December 6, 2023

Facsimile: (337) 291-6480

Clerk of Court  
15th Judicial District Court  
P.O. Box 2009  
Lafayette, LA 70502

Re: James Landry vs. LHC Group Inc.  
New Suit  
15th Judicial District Court, Parish of Lafayette

Dear Clerk:

Attached please find the *Civil Case Cover Sheet and Petition for Damages* to be fax-filed in the above-referenced matter this date. The originals will be filed in the record within 7 days. Please send confirmation upon receipt.

Thank you for your assistance and cooperation in this matter.

Sincerely,

Jordan Davis  
Paralegal

Encl.

```
Dec. 6. 2023  1:26PM    Miller Hampton Hilgendorf Atty    Dec  6 2023 01:37pm    P003
                                                          No. 1464   P. 3
Received:2253432870
```

Lafayette Parish
Filed Dec 06, 2023 2:11 PM
Martina Reaux
Deputy Clerk of Court

C-20236856 J

**APPENDIX 9.6**
**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court
General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

JAMES LANDRY
vs.
LHC GROUP INC.

Court: __15TH JUDICIAL DISTRICT COURT__   Docket Number: _____

Parish of Filing: __LAFAYETTE__   Filing Date: __12/06/2023__

Name of Lead Petitioner's Attorney: __Gregory J. Miller__

Name of Self-Represented Litigant: _____

Number of named petitioners: __1__   Number of named defendants: __1__

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

| | |
|---|---|
| __ Auto: Personal Injury | __ Auto: Property Damage |
| __ Auto: Wrongful Death | __ Auto: Uninsured Motorist |
| __ Asbestos: Property Damage | __ Asbestos: Personal Injury/Death |
| __ Product Liability | __ Premise Liability |
| __ Intentional Bodily Injury | __ Intentional Property Damage |
| __ Intentional Wrongful Death | __ Unfair Business Practice |
| __ Business Tort | __ Fraud |
| __ Defamation | __ Professional Negligence |
| __ Environmental Tort | __ Medical Malpractice |
| __ Intellectual Property | __ Toxic Tort |
| __ Legal Malpractice | ✓ Other Tort (describe below) |
| __ Other Professional Malpractice | __ Redhibition |
| __ Maritime | __ Class action (nature of case) |
| __ Wrongful Death | |
| __ General Negligence | |

Please briefly describe the nature of the litigation in one sentence of additional detail:
Discrimination

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name __Gregory J. Miller__   Signature _____

Address __3960 Government Street, Baton Rouge, Louisiana 70806__

Phone number: __225-343-2205__   E-mail address: __gjm@mlhlaw.com__

Received:2253432870
Dec. 6. 2023  1:26PM    Miller Hampton Hilgendorf Atty

Dec 6 2023 01:37pm
No. 1464   P. 4              P004

Lafayette Parish
Filed Dec 06, 2023 2:11 PM
Martina Reaux
Deputy Clerk of Court
C-20236856 J

FAX

| | |
|---|---|
| JAMES LANDRY | SUIT NO.          DIV. |
| VERSUS | 15TH JUDICIAL DISTRICT COURT |
|  | PARISH OF LAFAYETTE |
| LHC GROUP INC. | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes and appears, **JAMES LANDRY**, a resident of the full age of majority of the Parish of Lafayette, State of Louisiana, who respectfully represents that:

1.

Made Defendant herein is **LHC GROUP INC.**, a domestic company licensed to do, and doing business in the State of Louisiana. Defendant, **LHC GROUP INC.**, was at all times herein relevant acting through its officers, managerial employees, agents, and/or others for whom it is both directly and vicariously liable.

2.

Over the course of his employment, **JAMES LANDRY** worked for **LHC GROUP INC.** as an Information Technologist. **JAMES LANDRY** suffered from irritable bowel syndrome as a result of a stomach surgery necessitating a moderately extended bathroom break. Due to his need to take an extended bathroom break, he suffered a hostile work environment. **JAMES LANDRY** brought these matters to the attention of **LHC GROUP INC.** through its human resources department. In a gross violation of his statutory rights, he was terminated from his position.

3.

The aforementioned acts of the Defendant constitute disability discrimination against your Petitioner, **JAMES LANDRY**, which was a motivating factor in his termination. These matters constituted both physical and mental impairment, and he was substantially limited to one or more major life activities, including, but not limited to, Gastric Bowel functions.

4.

Defendant, **LHC GROUP INC.**, could grant **JAMES LANDRY** reasonable accommodation of more time for his bathroom break. Despite **JAMES LANDRY'S** requests, the Defendant failed to provide him an accommodation or to engage in the process regarding such. As a direct result of the failure to grant **JAMES LANDRY** reasonable accommodation, **JAMES LANDRY** was fired from the Defendant's employ.

**5.**

In response to **JAMES LANDRY'S** complaint to **LHC GROUP INC.** about discrimination and intolerance, **LHC GROUP INC.** terminated him from its employment. **JAMES LANDRY'S** inquiries to Human Resources regarding his statutory rights were a motivating factor in his termination. This was a direct act of illegal retaliation against **JAMES LANDRY**, in violation of his rights to assert and question his statutory protection from disability discrimination.

**6.**

As a result of the aforementioned acts of the Defendant, **LHC GROUP INC.**, your Petitioner, **JAMES LANDRY**, has suffered both pecuniary and non-pecuniary damages, including but not limited to past and future wage loss and benefits, mental and emotional anguish, distress and humiliation, he is entitled punitive damages and attorney's fees, and all other damages afforded to him by law, in such amounts as are reasonable in the premises.

**7.**

**JAMES LANDRY** filed charges of employment discrimination with the Equal Employment Opportunity Commission (EEOC) within 300 days of some of the occurrences of which he complained and has filed this Petition for Damages within 90 days of his receipt of a letter advising of his right to sue from the EEOC. Defendant, **LHC GROUP INC.**, employs in excess of 15 employees within this state.

**WHEREFORE**, Petitioner, **JAMES LANDRY**, respectfully prays that this Honorable Court, after all due proceedings, render judgment against Defendant, **LHC GROUP INC.**, in favor of Petitioner, **JAMES LANDRY**, for damages in an amount to be proven at trial, including but not limited to damages reasonable in the premises for loss of wages, future wage and benefit loss, mental anguish, distress and humiliation, as well as punitive damages, and attorney's fees, all with interest from date of demand until paid and for all other legal and equitable relief, and all costs of these proceedings.

Respectfully Submitted:

Gregory J. Miller (# 17059)
**MILLER, HAMPTON & HILGENDORF**
3960 Government Street
Baton Rouge, LA 70806
Telephone No. (225) 343-2205
Facsimile No. (225) 343-2870
Email: gjm@mlhlaw.com

**PLEASE SERVE:**

**LHC GROUP INC.**
*Through its registered agent for service:*
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, La 70816

```
Lafayette Parish          C-20236856
Filed Dec 06, 2023 2:35 PM       J
      Martina Reaux
   Deputy Clerk of Court
```

** Transmit Confirmation Report **

P1                                                       Dec 6 2023 02:20pm

Sender: GUEST
TTI:                TTI Number:

| Destination | Type | Mode | Start Time | Time | Page Note | Result | Details |
|---|---|---|---|---|---|---|---|
| 912253432870 | FAX | Fine | 12/06 02:19pm | 00'25" | 1 | # O K | |



# Louis J. Perret
Clerk of Court
15th Judicial District
Parish of Lafayette

P.O. Box 2009
Lafayette, LA 70502
Telephone: (337) 291-6400
Fax: (337) 291-6480
www.lpclerk.com

## FAX RECEIPT

**FROM:** CIVIL DEPARTMENT                  **Date:** DECEMBER 6, 2023

**To:** GREGORY J. MILLER                   **Suit No.:** DOCKET NUMBER: C-20236856

**FAX NUMBER:** (225) 343-2870              **Section:** J

**JAMES LANDRY VS LHC GROUP INC**

Total Amount Due (Includes all applicable fees below) $340.50

| | |
|---|---|
| 616-COVER LETTER | 2 PAGES |
| 45-ATTS/EXH (CASE REPORTING FORM) | 1 PAGE |
| 628-PET - DAMAGE | 3 PAGES |

The Clerk's office received the above mentioned documents by facsimile transmission dated 12/6/2023 1:37 PM and filed the documents on 12/6/2023, in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee.

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES AND ORIGINAL(S) ARE RECEIVED IN THIS OFFICE.**

**WHEN MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Deputy Clerk of Court for*
*Louis J. Perret, Clerk of Court*

Suit Accounting Dept. Form #6 Rev. 08/26/14

**\*\*Please note that this amount does not reflect any money that you have on deposit in this matter. It is strictly the amount that is needed to file the above faxed pleadings.**

**\*\*THE ABOVE DOES NOT APPLY IF YOU ARE PAUPER OR PUBLIC BODY\*\***

## CIVIL E-FILING IS AVAILABLE.
VISIT WWW.CLERKCONNECT.COM OR
WWW.LPCLERK.COM FOR ACCESS TO THE LINK.

Lafayette Parish   C-20236856
Filed Dec 11, 2023 10:54 AM   J
Kireston Batiste
Deputy Clerk of Court
FAX Received Dec 06, 2023

# Miller, Hampton & Hilgendorf

Attorneys at Law

Gregory J. Miller, Attorney
Bernard Hampton, Attorney
Amanda Hilgendorf, Attorney
Jordan Davis, Paralegal

3960 Government St.
Baton Rouge, LA 70806
Telephone: (225) 343-2205
Facsimile: (225) 343-2870

GJM@mlhlaw.com
BH@mlhlaw.com
Amanda@mlhlaw.com
Paralegal@mlhlaw.com

December 7, 2023

Clerk of Court
15th Judicial District Court
P.O. Box 2009
Lafayette, LA 70502

Re: James Landry vs. LHC Group Inc.
Suit No. C-20236856 Sec. "J"
15th Judicial District Court, Parish of Lafayette

Dear Clerk:

**STAMPED COPY MAILED**
**December 12, 2023   MMM**

Enclosed please find the original and (2) copies of the *Petition for Damages* that was fax-filed on December 6, 2023, in the above-referenced matter. Also, please find enclosed a check in the amount of $340.50 to cover the associated filing fees.

Please send a stamped copy to our office in the self-addressed stamped envelope that is provided.

Thank you for your cooperation and assistance. Please contact us if you have any questions.

Sincerely,

Rachel Tolar
Secretary

Encl.

Dec 6 2023 02:20pm P001/001





# Louis J. Perret
Clerk of Court
15th Judicial District
Parish of Lafayette

P.O. Box 2009
Lafayette, LA 70502
Telephone: (337) 291-6400
Fax: (337) 291-6480
www.lpclerk.com

**FAX RECEIPT**

**FROM: CIVIL DEPARTMENT**        **Date: DECEMBER 6, 2023**

**To: GREGORY J. MILLER**        **Suit No.: DOCKET NUMBER: C-20236856**

**FAX NUMBER: (225) 343-2870**        **Section: J**

**JAMES LANDRY VS LHC GROUP INC**

**Total Amount Due (Includes all applicable fees below) $340.50**

| | |
|---|---|
| 616-COVER LETTER | 2 PAGES |
| 45-ATTS/EXH (CASE REPORTING FORM) | 1 PAGE |
| 628-PET - DAMAGE | 3 PAGES |

The Clerk's office received the above mentioned documents by facsimile transmission dated 12/6/2023 1:37 PM and filed the documents on 12/6/2023, in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee.

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES AND ORIGINAL(S) ARE RECEIVED IN THIS OFFICE.**

**WHEN MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Deputy Clerk of Court for*
*Louis J. Perret, Clerk of Court*

Suit Accounting Dept. Form #6 Rev. 08/26/14

**\*\*Please note that this amount does not reflect any money that you have on deposit in this matter. It is strictly the amount that is needed to file the above faxed pleadings.**

**\*\*THE ABOVE DOES NOT APPLY IF YOU ARE PAUPER OR PUBLIC BODY\*\***

# CIVIL E-FILING IS AVAILABLE.
## VISIT WWW.CLERKCONNECT.COM OR WWW.LPCLERK.COM FOR ACCESS TO THE LINK.

```
Lafayette Parish        C-20236856
Filed Dec 11, 2023 10:54 AM    J
Kireston Batiste
Deputy Clerk of Court
FAX Received Dec 06, 2023
```

## APPENDIX 9.6
## LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

JAMES LANDRY<br>vs.<br>LHC GROUP INC.

**Court:** 15TH JUDICIAL DISTRICT COURT    **Docket Number:** _____

**Parish of Filing:** LAFAYETTE    **Filing Date:** 12/06/2023

**Name of Lead Petitioner's Attorney:** Gregory J. Miller

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1    **Number of named defendants:** 1

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- __ Auto: Personal Injury
- __ Auto: Wrongful Death
- __ Asbestos: Property Damage
- __ Product Liability
- __ Intentional Bodily Injury
- __ Intentional Wrongful Death
- __ Business Tort
- __ Defamation
- __ Environmental Tort
- __ Intellectual Property
- __ Legal Malpractice
- __ Other Professional Malpractice
- __ Maritime
- __ Wrongful Death
- __ General Negligence
- __ Auto: Property Damage
- __ Auto: Uninsured Motorist
- __ Asbestos: Personal Injury/Death
- __ Premise Liability
- __ Intentional Property Damage
- __ Unfair Business Practice
- __ Fraud
- __ Professional Negligence
- __ Medical Malpractice
- __ Toxic Tort
- ✓ Other Tort (describe below)
- __ Redhibition
- __ Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Discrimination

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: Gregory J. Miller    Signature: _____

Address: 3960 Government Street, Baton Rouge, Louisiana 70806

Phone number: 225-343-2205    E-mail address: gjm@mlhlaw.com

Lafayette Parish
Filed Dec 11, 2023 10:54 AM
Kireston Batiste
Deputy Clerk of Court
FAX Received Dec 06, 2023

C-20236856
J

| | |
|---|---|
| **JAMES LANDRY** | SUIT NO. C-20236856   DIV. J |
| | **15TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | |
| | **PARISH OF LAFAYETTE** |
| **LHC GROUP INC.** | **STATE OF LOUISIANA** |

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes and appears, **JAMES LANDRY**, a resident of the full age of majority of the Parish of Lafayette, State of Louisiana, who respectfully represents that:

1.

Made Defendant herein is **LHC GROUP INC.**, a domestic company licensed to do, and doing business in the State of Louisiana. Defendant, **LHC GROUP INC.**, was at all times herein relevant acting through its officers, managerial employees, agents, and/or others for whom it is both directly and vicariously liable.

2.

Over the course of his employment, **JAMES LANDRY** worked for **LHC GROUP INC.** as an Information Technologist. **JAMES LANDRY** suffered from irritable bowel syndrome as a result of a stomach surgery necessitating a moderately extended bathroom break. Due to his need to take an extended bathroom break, he suffered a hostile work environment. **JAMES LANDRY** brought these matters to the attention of **LHC GROUP INC.** through its human resources department. In a gross violation of his statutory rights, he was terminated from his position.

3.

The aforementioned acts of the Defendant constitute disability discrimination against your Petitioner, **JAMES LANDRY**, which was a motivating factor in his termination. These matters constituted both physical and mental impairment, and he was substantially limited to one or more major life activities, including, but not limited to, Gastric Bowel functions.

4.

Defendant, **LHC GROUP INC.**, could grant **JAMES LANDRY** reasonable accommodation of more time for his bathroom break. Despite **JAMES LANDRY'S** requests, the Defendant failed to provide him an accommodation or to engage in the process regarding such. As a direct result of the failure to grant **JAMES LANDRY** reasonable accommodation, **JAMES LANDRY** was fired from the Defendant's employ.

**5.**

In response to **JAMES LANDRY'S** complaint to **LHC GROUP INC.** about discrimination and intolerance, **LHC GROUP INC.** terminated him from its employment. **JAMES LANDRY'S** inquiries to Human Resources regarding his statutory rights were a motivating factor in his termination. This was a direct act of illegal retaliation against **JAMES LANDRY**, in violation of his rights to assert and question his statutory protection from disability discrimination.

**6.**

As a result of the aforementioned acts of the Defendant, **LHC GROUP INC.**, your Petitioner, **JAMES LANDRY,** has suffered both pecuniary and non-pecuniary damages, including but not limited to past and future wage loss and benefits, mental and emotional anguish, distress and humiliation, he is entitled punitive damages and attorney's fees, and all other damages afforded to him by law, in such amounts as are reasonable in the premises.

**7.**

**JAMES LANDRY** filed charges of employment discrimination with the Equal Employment Opportunity Commission (EEOC) within 300 days of some of the occurrences of which he complained and has filed this Petition for Damages within 90 days of his receipt of a letter advising of his right to sue from the EEOC. Defendant, **LHC GROUP INC.,** employs in excess of 15 employees within this state.

**WHEREFORE**, Petitioner, **JAMES LANDRY**, respectfully prays that this Honorable Court, after all due proceedings, render judgment against Defendant, **LHC GROUP INC.**, in favor of Petitioner, **JAMES LANDRY,** for damages in an amount to be proven at trial, including but not limited to damages reasonable in the premises for loss of wages, future wage and benefit loss, mental anguish, distress and humiliation, as well as punitive damages, and attorney's fees, all with interest from date of demand until paid and for all other legal and equitable relief, and all costs of these proceedings.

Respectfully Submitted:

_____
Gregory J. Miller (# 17059)
**MILLER, HAMPTON & HILGENDORF**
3960 Government Street
Baton Rouge, LA  70806
Telephone No. (225) 343-2205
Facsimile No. (225) 343-2870
Email: gjm@mlhlaw.com

**PLEASE SERVE:**

**LHC GROUP INC.**
*Through its registered agent for service:*
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, La 70816



LAFPC.CV.66934720

Requested by Atty.: MILLER, GREGORY J.

# CITATION

| | |
|---|---|
| **JAMES LANDRY** | **15TH JUDICIAL DISTRICT COURT** |
| VS | DOCKET NUMBER: C-20236856 J |
| **LHC GROUP INC** | **PARISH OF LAFAYETTE, LOUISIANA** |

**STATE OF LOUISIANA**

TO:  LHC GROUP INC.
 THROUGH ITS REGISTERED AGENT FOR SERVICE:
 C T CORPORATION SYSTEM
 3867 PLAZA TOWER DR.
 BATON ROUGE, LA 70816



of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
 WITNESS THE HONORABLE JUDGES OF SAID COURT, this DECEMBER 11, 2023.

*Monét McCarthy*
_____
Deputy Clerk of Court
Lafayette Parish

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

*Attached are the following documents:
**FAXED AND ORIGINAL: PETITION FOR DAMAGES**

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

Lafayette Parish Clerk of Court
Filed This Day
JAN 04 2024
*Martina O'Reary*
Deputy Clerk of Court

DATE SERVED: _____, 20____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE    MOVED ( )    NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____    MILEAGE $_____    TOTAL $_____
DEPUTY _____

I made service on the named party through the CT Corporation
DEC 20 2023
by tendering a copy of this document to Ashley Mirande

DY. B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana
RECEIVED E.B.R. St. Office

**15TH JUDICIAL DISTRICT COURT**
**FOR THE PARISH OF LAFAYETTE**
**STATE OF LOUISIANA**

NO. C-2023-6856                                                                                       DIVISION "J"

**JAMES LANDRY**

v.

**LHC GROUP INC.**

FILED:_____           _____
                                                                                     **DEPUTY CLERK**

**NOTIFICATION OF REMOVAL**

TO:   Honorable Louis J. Perret
      Clerk of Court
      20th Judicial District Court
      for the Parish of Lafayette
      P. O. Box 2009
      Lafayette, Louisiana 70502

      James Landry
      Through his attorney of record:
      Gregory J. Miller
      MILLER, HAMPTON & HILGENDORF
      3960 Government Street
      Baton Rouge, Louisiana 70806

   **PLEASE TAKE NOTICE** that defendant, LHC Group Inc., has removed this case to the United States District Court for the Western District of Louisiana. Attached hereto is a true and correct copy of the Notice of Removal.

   Respectfully submitted this 19th day of January, 2024.

                                                            */s/ Adrienne M. Wood*
                                                            Andrew J. Baer (La. Bar #35638)
                                                            Andrew.Baer@jacksonlewis.com
                                                            Adrienne M. Wood (La. Bar # 38448)
                                                            Adrienne.Wood@jacksonlewis.com
                                                            **JACKSON LEWIS P.C.**
                                                            601 Poydras Street, Suite 1400
                                                            New Orleans, Louisiana 70130
                                                            Telephone:   (504) 208-1755
                                                            Facsimile:    (504) 208-1759

                                                            **COUNSEL FOR DEFENDANT,**
                                                            **LHC GROUP, INC.**



## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January, 2024, I forwarded a copy of the foregoing to:

Gregory J. Miller
MILLER, HAMPTON & HILGENDORF
3960 Government Street
Baton Rouge, Louisiana 70806
gjm@mlhlaw.com

via electronic mail and U. S. Mail, postage prepaid.

                                               */s/ Adrienne M. Wood*
                                               Adrienne M. Wood

4864-9609-2830, v. 1